FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY LUCHINSKE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>APPTNESS MEDIA GROUP, LLC,<br><br>　　　　　　Defendant. | NO: 2:23-CV-0267-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice. ECF No. 18. The parties agree to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs. They also agree that the putative class claims are dismissed without prejudice. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 18, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and with each party to bear its own attorneys' fees and costs. The putative class claims are dismissed without prejudice.

3. The pending motion, ECF No. 11, is **DENIED as moot**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED April 5, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2